UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| ASHLEY FURNITURE INDUSTRIES, LLC, ASHLEY FURNITURE TRADING COMPANY, WANEK FURNITURE CO., LTD., MILLENNIUM FURNITURE CO., LTD., AND COMFORT BEDDING COMPANY LIMITED,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>          Defendant,<br>    and<br><br>BROOKLYN BEDDING, LLC; CORSICANA MATTRESS COMPANY; ELITE COMFORT SOLUTIONS; FXI, INC.; INNOCOR, INC.; KOLCRAFT ENTERPRISES INC.; LEGGETT & PLATT, INCORPORATED; THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS; AND UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>          Defendant-Intervenors. | Ct. No. 21-00283 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Ashley Furniture Industries, LLC, Ashley Furniture Trading Company, Wanek Furniture Co., Ltd., Millennium Furniture Co., Ltd., and Comfort Bedding Company Limited (collectively, the "Ashley Respondents"), respectfully submit this Notice of Supplemental Authority to advise the Court of Senior Judge Timothy C. Stanceu's opinion in Mosaic Co. v. United States, No. 21-00116, 2021 Ct. Intl. Trade Lexis 132 (Oct. 4, 2021) (order granting an

open-ended injunction). This decision, which was issued subsequent to the Ashley Respondents' response to the United States' Partial Opposition to the Ashley Respondents' Motion for Statutory Injunction, see generally Reply to Def.'s Partial Opposition to Pls.' Mot. for Statutory Inj, (Sept. 17, 2021), ECF No. 32, refutes the United States' arguments opposing an open-ended injunction. Similar to the instant case, in Mosaic, the United States consented to an injunction covering entries up to the end of the first administrative review period but opposed an open-ended injunction covering all subject entries until litigation in that case is resolved. See Mosaic, 2021 Ct. Intl. Trade Lexis 132, at *6-7. The Court in Mosaic found it unnecessary to put "temporal limitations" on an injunction when the consented administrative decision is the Order itself. Id. at *15. The Court further considered it significant that the administrative decision appealed by the plaintiff was an investigation, not an administrative review, and held that irreparable harm "already exists, having arisen upon the publication of the {} Order." Id. at *12. The Court's decision in Mosaic is directly relevant to this Court's consideration of the Ashley Respondents' July 30, 2021 Motion for Statutory Injunction.

                Respectfully submitted,

Dated: October 5, 2021         /s/ Kristin H. Mowry

                Kristin H. Mowry
                Jeffrey S. Grimson
                Sarah M. Wyss
                Wenhui (Flora) Ji
                Mowry & Grimson, PLLC
                5335 Wisconsin Avenue, NW, Suite 810
                Washington, D.C. 20015
                202-688-3610
                trade@mowrygrimson.com
                *Counsel to Ashley Furniture Industries, LLC, Ashley Furniture Trading Company, Wanek Furniture Co., Ltd., Millennium Furniture Co., Ltd., And Comfort Bedding Company Limited*