

CHAMBERS OF
TIMOTHY M. REIF
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

November 28, 2022

**VIA CM/ECF**

Re:   *Ashley Furniture Industries, LLC et al. v. United States*
      Court No. 21-00283

Dear Counsel:

      It is the court's intention to issue the opinion in the above-captioned case as a redacted public document.  The opinion contains confidential information (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion.  The court does not believe that the opinion, as redacted, contains confidential information.  However, out of an abundance of caution, the court asks the parties to review the opinion and inform the court in writing by 17:00 ET on Monday, December 5, 2022, whether any information not already redacted is confidential and should be redacted in the public version, or whether any redacted information can remain public.  If the parties believe that any additional information should be redacted from the public version, please identify the information or statement and explain the basis for the proposed redaction.

      If meeting this deadline will impose an unreasonable hardship, please inform the court immediately.  Please feel free to contact my case manager, Mr. Lewis Hugh, at Lewis_Hugh@cit.uscourts.gov with any questions.  Thank you for your assistance and cooperation.

Sincerely,

/s/ Timothy M. Reif
_____
Timothy M. Reif, Judge