ERRATA

In *Ashley Furniture Indus. LLC et al. v. United States*, Court No. 21-00283, Confidential Slip Op. 21-131, dated November 28, 2022

Page 52: On line 20, replace "exporters" with "exporter."

December 7, 2022.